No. 511. EXCHANGE DRUG Co. *v.* McNEEL, CHAIRMAN, ET AL. January 2, 1929. *Per Curiam:* The appeal is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, on the ground that the decree sought to be reviewed is not a final one. *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Arnold* v. *United States* for the use of *Guimarin & Co.*, 263 U. S. 427, 434. *Mr. Robert Benson Evins* for appellant. No appearance for appellees.

. No. 519. WESTERN & ATLANTIC R. R. *v.* HENDERSON ET AL. January 2, 1929. *Per Curiam:* The appeal is dismissed for want of ·a substantial federal question on the authority of *Mobile, Jackson & Kansas City R. R.* v. *Turnipseed*, 219 U. S. 35. *Messrs. Fitzgerald Hall, John L. Tye*, and *Frank Spemons* for appellant. *Mr. Reuben R. Arnold* for appellees. [Rehearing granted. January 21, 1929.]

No. 100. WRIGHT, ADMINISTRATOR, *v.* GRAND TRUNK R. R. Co. Argued December 7, 1928. Decided January 2, 1929. *Per Curiam:* Affirmed on the authority of *Union Pacific Ry. Co.* v. *Wyler*, 158 U. S. 285. *Mr. Harold W. Armstrong*, with whom *Mr. Thomas A. E. Weadock* was on the brief, for petitioner. *Mr. Leo J. Carrigan*, with whom *Mr. Harold R. Martin* was on the brief, for respondent.